WILLIAM B. MILLARD et al., Appellants, Impleaded with
Others, *v.* EDWARD P. STEERS, Respondent, Impleaded with
Others.

*Millard* v. *Steers*, 9 App. Div. 419, affirmed.
(Argued March 23, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
November 18, 1896, affirming a judgment in favor of defend-
ant Steers entered upon a decision of the court dismissing the
complaint as to him upon the merits on trial at Special Term.

*Eustace Conway, Charles R. Westbrook* and *Charles T.
Terry* for appellants.

*Thomas Allison* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.

---

THEODORE D. FOWLER, Respondent, *v.* JOHN E. VAN NATTA,
Appellant.

*Fowler* v. *Van Natta*, 71 Hun, 341, affirmed.
(Submitted March 24, 1899; decided April 18, 1899.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the fourth judicial department, entered
October 13, 1893, affirming a judgment in favor of plaintiff
entered upon the report of a referee.

*M. N. Tompkins* for appellant.

*Charles H. Everts* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.